LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUJUNG PARK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>COVE HOUSE, LLC, SUSHI TIMES LLC, KSJ LLC, KPM VENTURES LLC, KOB LLC, JOMARU LV LLC, HJH LLC, BOBAE LLC, 4049 LLC, EVERYDAY HENDERSON LLC, BAN CHAN LLC, RAMEN AKU LLC, JIHYUK HWANG,<br><br>Defendants | Case No.: 2:25-cv-01350-CDS-BNW<br><br>**STIPULATION AND ORDER TO STAY CASE FOR 30 DAYS FROM DECEMBER 23, 2025**<br>**(FIRST REQUEST)**<br><br>[ECF No. 22] |

Pursuant to Local Rule IA 6-1 Plaintiff SUJUNG PARK ("Plaintiff"), and Defendants COVE HOUSE, LLC, SUSHI TIMES LLC, KSJ LLC, KPM VENTURES LLC, KOB LLC, JOMARU LV LLC, HJH LLC, BOBAE LLC, 4049 LLC, EVERYDAY HENDERSON LLC, BAN CHAN LLC, RAMEN AKU LLC, and JIHYUK HWANG ("Defendants") (collectively, the "Parties") stipulate to stay this case for all purposes for a 30 day period from December 23, 2025 to January 22, 2026.

1    Good cause exists to grant this stay of 30 days, as requested, for the following

2  reasons:

3    The parties are currently engaged in substantial discussions and have reached

4  a settlement agreement and anticipate filing a stipulation of dismissal with

5  prejudice with the Court in the next 30 days.  Allowing counsel to concentrate on

6  executing that settlement agreement instead of requiring them to complete the

7  litigation work that would otherwise be required within 30 days of December 23,

8  2025, will facilitate the efficient resolution of this case.  This is the first request for

9  such a stay which is sought by the parties in good faith and not for purposes of

10  delay.

11   Dated: December 24, 2025                    Dated: December 24, 2025

12   LEON GREENBERG                              LAW OFFICE OF MARY F. CHAPMAN,
     PROFESSIONAL CORPORATION                    LTD.

13   By:  /s/ Ruthann Devereaux-Gonzalez         By:  /s/ Mary F. Chapman

14      Leon Greenberg, Esq.                        Mary F. Chapman, Esq.
        Ruthann Devereaux-Gonzalez, Esq.           8440 W. Lake Mead Blvd. Suite 203
15      1811 S. Rainbow Blvd., Ste. 210            Las Vegas, NV 89128
        Las Vegas, NV 89146

16
        Attorneys for Plaintiffs                    Attorneys for Defendants

17

18    Based on the parties' stipulation, this matter is stayed until January 23,

19  2026. The parties are ordered to file a stipulation of dismissal, or a joint status

20  report addressing settlement, on that same date.

21    Dated: December 29, 2025

22

23                                              _____
                                                UNITED STATES DISTRICT JUDGE

24

25

26

27

28

- 2 -