LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUJUNG PARK, Individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>COVE HOUSE, LLC, SUSHI TIMES LLC, KSJ LLC, KPM VENTURES LLC, KOB LLC, JOMARU LV LLC, HJH LLC, BOBAE LLC, 4049 LLC, EVERYDAY HENDERSON LLC, BAN CHAN LLC, RAMEN AKU LLC, JIHYUK HWANG and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants. | Case No.: 25-cv-1350 CDS-BNW<br><br>**STIPULATION AND PROPOSED ORDER TO STAY CASE FOR 21 DAYS FROM JANUARY 22, 2026**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1 Plaintiff SUJUNG PARK ("Plaintiff"), and

Defendants COVE HOUSE, LLC, SUSHI TIMES LLC, KSJ LLC, KPM

VENTURES LLC, KOB LLC, JOMARU LV LLC, HJH LLC, BOBAE LLC, 4049

LLC, EVERYDAY HENDERSON LLC, BAN CHAN LLC, RAMEN AKU LLC,

and JIHYUK HWANG ("Defendants") (collectively, the "Parties") stipulate to stay

this case for all purposes for a 21 day period from January 22, 2026, to February 14,

1    2026.

2
3          Good cause exists to grant this stay of 21 days for the following reasons:

4          The parties have reached a settlement agreement and anticipate filing a

5    stipulation of dismissal with prejudice with the Court within the next 21 days, the

6
7    Court having previously granted them a stay of 30 days (Doc. 22) to advance their

8    settlement efforts (this is their second stay request).  Their settlement agreement has

9    been reduced to writing and will be signed very soon, there having been some

10
11   unexpected delays, and the parties expect to file their stipulation of dismissal with

12   the Court no later than February 14, 2026.  This is their second request for such a

13   stay which is sought in good faith and not for purposes of delay.

14

15

16   Dated: January 21, 2026          Dated: January 21, 2026

17       LEON GREENBERG              LAW OFFICE OF MARY F. CHAPMAN,
         PROFESSIONAL CORPORATION   LTD.

18

19   By:  /s/ *Leon Greenberg*          By:  /s/ *Mary F. Chapman*
         Leon Greenberg, Esq.              Mary F. Chapman, Esq.
20       Ruthann Devereaux-Gonzalez, Esq.  8440 W. Lake Mead Blvd. Suite 203
         1811 S. Rainbow Blvd., Ste. 210   Las Vegas, NV 89128
21       Las Vegas, NV 89146

22       *Attorneys for Plaintiffs*        *Attorneys for Defendants*

23
                          **IT IS SO ORDERED.**
24

25       _____

26       UNITED STATES DISTRICT/MAGISTRATE JUDGE

27       DATED: _____

28

- 2 -