LEON GREENBERG, ESQ., SBN 8094
RUTHANN DEVEREAUX-GONZALEZ, ESQ., SBN 15904
Leon Greenberg Professional Corporation
1811 S. Rainbow Blvd- Suite 210
Las Vegas, Nevada 89146
Tel (702) 383-6085
Fax (702) 385-1827
leongreenberg@overtimelaw.com
Ranni@overtimelaw.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SUJUNG PARK, Individually and on behalf of all others similarly situated,<br><br>Plaintiff<br><br>v.<br><br>COVE HOUSE, LLC, SUSHI TIMES LLC, KSJ LLC, KPM VENTURES LLC, KOB LLC, JOMARU LV LLC, HJH LLC, BOBAE LLC, 4049 LLC, EVERYDAY HENDERSON LLC, BAN CHAN LLC, RAMEN AKU LLC, JIHYUK HWANG and XYZ Corporations I to XX, name fictitious true name of number of entities being unknown,<br><br>Defendants | Case No.: 2:25-cv-01350 CDS-BNW<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SUJUNG PARK ("Plaintiff"), and Defendants COVE HOUSE, LLC, SUSHI TIMES LLC, KSJ LLC, KPM VENTURES LLC, KOB LLC, JOMARU LV LLC, HJH LLC, BOBAE LLC, 4049 LLC, EVERYDAY HENDERSON LLC, BAN CHAN LLC, RAMEN AKU LLC, and JIHYUK HWANG ("Defendants") by and through their undersigned counsel, as follows:

1. That the above-captioned action is dismissed in its entirety with prejudice, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

2. Neither party shall be entitled to, nor shall seek, an award of costs, disbursements or fees, including attorneys' fees, from the other party with respect to this action.

3. This Stipulation has been made pursuant to the terms of the Settlement Agreement between the parties dated as of February 5, 2026.

Dated: February 11, 2026

LEON GREENBERG
PROFESSIONAL CORPORATION

By: /s/ *Ruthann Devereaux-Gonzalez*
 Leon Greenberg, Esq.
 Ruthann Devereaux-Gonzalez, Esq.
 1811 S. Rainbow Blvd., Ste. 210
 Las Vegas, NV 89146

*Attorneys for Plaintiffs*

Dated: February 11, 2026

LAW OFFICE OF MARY F. CHAPMAN, LTD.

By: /s/ *Mary F. Chapman*
 Mary F. Chapman, Esq.
 8440 W. Lake Mead Blvd. Suite 203
 Las Vegas, NV 89128

*Attorneys for Defendants*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

DATED: February 12, 2026

- 2 -